IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS R. TREVINO | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00849 |
| B.D. HOLT COMPANY | § § § § | |
| Defendant. | § | |

## ORDER

CAME ON this date to be considered, the Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"), and after consideration of the Joint Stipulation and the notice from counsel that Plaintiff does not wish to continue prosecuting any claims against Defendant, the Court is of the opinion that the Joint Stipulation should be GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims or potential claims between the Plaintiff and Defendant in this lawsuit are hereby dismissed with prejudice with court costs to be paid by the party incurring same.

Signed this _21st___ day of___December___, 2020.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

D1759\411575\261569401.v1